# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON GOBERT | * |
| | * |
| PLAINTIFF | *   CIVIL ACTION NO. 19-cv-417-SDD-RLB |
| | * |
| VS. | * |
| | * |
| FIRST ADVANTAGE BACKGROUND | * |
| SERVICES CORP. | * |
| | * |
| DEFENDANT | * |

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come plaintiff Jason Gobert and defendant First Advantage Background Services Corp., who notify the court that they have settled the claims in this matter and request the court enter a conditional dismissal of plaintiff's claims.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

*s/Thomas C. Lundin, Jr.*
**Thomas C. Lundin, Jr.**
Bar Roll Number 27258
Attorney for defendant
**FISHERBROYLES, LLP**
111 Favre Street
Waveland, MS 39576
Telephone: 678-778.8857
E-mail: tom.lundin@fisherbroyles.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of September, 2019, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700

Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com